# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SADIE RANDOLPH,<br><br>   Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK, N.A.,<br>   Defendant(s). | Case No.: 3:18-cv-00827-BJD-JRK<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

NOW COMES Plaintiff, SADIE RANDOLPH, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* a stipulation of dismissal, with prejudice, within sixty (60) days.

Dated: October 1, 2018

RESPECTFULLY SUBMITTED,
**CRUMLEY & WOLFE, P.A.**

By: /s/ Benjamin H. Crumley

Benjamin H. Crumley
2254 Riverside Ave.
Jacksonville, FL 32204
Telephone: 904-374-0113;
Facsimile: 904) 374-0113
Email: ben@cwbfl.com
*Attorney for Plaintiff*

- 1 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of October, 2018, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ Benjamin H . Crumley
Benjamin H. Crumley, Esq.
