UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SADIE RANDOLPH,**

    Plaintiff,

v.                                              Case No.: 3:18-cv-827-J-39JRK

**CAPITAL ONE BANK, N.A.,**

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Stipulation of Dismissal (Doc. No. 15; Stipulation) filed on November 27, 2018. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

3. Each party shall bear its own costs and fees.

4. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 30th day of November, 2018.

_____
BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Counsel of Record

*ap*